## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

### UNITED STATES OF AMERICA

v.

**INFORMATION**

**JASON N. TREIGLE**

3:09 m j296

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about August 6, 2009, in the Northern District of Florida, and within

the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air

Force Base, Florida, the defendant,

### JASON N. TREIGLE,

did unlawfully operate a motor vehicle while under the influence of alcoholic beverages

or a substance set forth in Section 877.111 or controlled by Chapter 893, Florida Statutes,

while affected to the extent that his normal faculties were impaired, in violation of

Section 316.193, Florida Statutes and Title 18, United States Code, Sections 7 and 13.

### COUNT TWO

That on or about August 6, 2009, in the Northern District of Florida, and within

the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air

Force Base, Florida, the defendant,

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA FLA

09 OCT -6 AM 10: 30

jmd

FILED

**JASON N. TREIGLE,**

did drive a motor vehicle without a valid driver's license, in violation of Section 322.03,

Florida Statutes and Title 18, United States Code, Sections 7 and 13.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
THOMAS F. KIRWIN
United States Attorney

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
DATE   /٥/ ٤/٥۹

2