UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.                           CASE NO.: 3:09-mj-00296-EMT

JASON N. TREIGLE,
    Defendant.
_____/

### **MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT**

COMES NOW, Counsel for the Defendant, Jason Treigle, and moves this Honorable Court to allow Counsel for the Defendant to withdraw from further representation. In support of this Motion, Counsel shows the following:

1. That on December 15, 2009, the undersigned counsel filed a Notice of Appearance on behalf of Defendant Jason Treigle, the client. Mr. Treigle, who represented himself as an attorney in New Orleans, requested I represent him in this DUI case. We entered in a contract and agreement, with my office forwarding him the paper work and retainer agreement on December 14th and 15th.

2. On December 15, 2009, I informed Judge Timothy that satisfactory financial arrangements had not been made at that point between Mr. Treigle and myself. Judge Timothy scheduled a "status conference" on January 5, 2010, at 9:00 A.M. that could be cancelled if satisfactory arrangements had been made.

1

3.    Neither counsel or his office staff, after repeated attempts at phone calls and written correspondence have heard from Mr. Treigle since December 14, 2009.

4.    That the client has breached the oral contract and agreement and has not made himself available to his attorney. These breaches are material and affect the ability of counsel to continue representing the client.

5.    The counsel believes irreparable harm has been done to the attorney client relationship and that further representation would be contrary to the previous agreement between counsel and client.

6.    That counsel prays that this Court enter an order allowing counsel to withdraw from further representation.

WHEREFORE, PREMISES CONSIDERED counsel request this Court allow him to withdraw from further representation of the Defendant, Jason Treigle.

                                Respectfully Submitted,

                                /s/   M. JAMES JENKINS
                                M. James Jenkins, Esq.
                                M. James Jenkins, P.A.
                                1211 West Garden Street
                                Pensacola, Fl 32502
                                (850) 434-9304
                                (850) 434-5558 (Fax)
                                Fla. Bar. No.: 539287

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to **Stephen P. Preisser**, Esq., Assistant United States Attorney, 21 E. Garden Street, Ste. 400, Pensacola, FL 32502, and **Amber Spurlock**, Esq., AAC/JA - Eglin AFB FL, 501 W. Van Matre Avenue Building 2, Suite 1, Eglin AFB, FL 32542 by electronic filing on this the 29th day of December, 2009.

/s/  M. JAMES JENKINS
M. James Jenkins, Esq.
M. James Jenkins, P.A.
1211 West Garden Street
Pensacola, Fl 32502
(850) 434-9304
(850) 434-5558 (Fax)
Fla. Bar. No.: 539287