# UNITED STATES DISTRICT COURT

## CRIMINAL MINUTES - ARRAIGNMENT AND PLEA
TIME: 11:20 - 11:21 am

Case No. 3:09mj296       Date 1/12/10

**DOCKET ENTRY:** ARRAIGNMENT

**INTERPRETER:**

UNITED STATES vs. Jason Treigle

**PRESENT:** MILES DAVIS, UNITED STATES MAGISTRATE JUDGE

Deputy Clerk: Joanne Ahr
Court Reporter: CD
Assistant U.S. Attorney: Steve Preisser, Esq.
Attorney for Defendant: Randall Lockhart, Esq.
Appointed __X__ Retained _____

**PROCEEDINGS:**

__X__ Defendant(s) are/is ARRAIGNED and specifically advised of rights.

_____ Arraignment recorded on tape number _____

__X__ Defendant waives reading of ~~indictment~~ information.

_____ Indictment-information read.

**PLEA:**

__X__ Not Guilty Counts 1 & 2

_____ Guilty Counts _____

TRIAL DATE: MONDAY, Mar. 1st, 2009 AT 9:00 A.M.