IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                  Case No. 3:09mj296

JASON N. TREIGLE

_____

ORDER OF TEMPORARY DETENTION
PENDING HEARING[1] PURSUANT TO
BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for **JANUARY 13, 2010** at **2:00 P.M.** before United States Magistrate Judge **Miles Davis** in **Courtroom No. 3 North**, at the United States Courthouse, One N. Palafox Street, Pensacola, Florida. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing on the above designated date and time.

Date: January 12, 2010

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendants' first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendants. 18 U.S.C. § 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendants (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.