# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 3:09mj296

JASON TREIGLE

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JASON TREIGLE
Name

and bring him or her forthwith to the nearest magistrate to answer an

### Order of Court

charging him or her with:

**FAILURE TO APPEAR**

in violation of Title 18 United States Code, Section(s) 3146

| | |
|---|---|
| William M. McCool<br>Name of Issuing Officer<br>*[signature]*<br>Deputy Clerk: Irma McCain-Coby | Clerk of Court<br>Title of Issuing Officer<br><br>January 6, 2010    Pensacola<br>Date and Location |
| Bail fixed at $_____<br>and/or in accordance with Comprehensive Crime<br>Control Act of 1984. | by  Miles Davis<br>Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  MOBILE, ALABAMA.

ON A DUI WARRANT, THIS WARRANT CAME OUT SAME DATE. TREIGLE CHARGED WITH FTA WARRANT AND RETURNED BACK TO PENSACOLA FOR I A

| DATE RECEIVED<br>01/06/2010 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Carl V Colvert  USM | *[signature]* Cal V. [illegible] |