MARK COOK
CHIEF U.S. PROBATION OFFICER
119 N. PALAFOX STREET
PENSACOLA, FL 32502
(850)470-8200
FAX (850)470-8226

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PROBATION OFFICE

BILL RENTZ
DEPUTY CHIEF
111 N. ADAMS STREET, STE 100
TALLAHASSEE, FL 32301
(850)521-3563
FAX (850)521-3571

**PLEASE REPLY TO:**
17 S. DeVILLIERS STREET
PENSACOLA, FL 32502-5511
(850)435-8430
FAX (850)432-0577

April 14, 2010

Eugene K. Polk
Attorney at Law
6867 Oak Street
Milton, Florida 32570

RE:     JASON N. TREIGLE
        DKT # 3:09MJ296-001/MD
        PRESENTENCE REPORT

Dear Mr. Polk:

This letter accompanies the Presentence Report on the above named person, who is scheduled to be sentenced on May 19, 2010, at 1:30 p.m. One copy of this report should be provided to and discussed with your client prior to the sentencing hearing. **Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, any objections must be submitted in writing to the undersigned at Pensacola, and opposing counsel, by April 28, 2010**.

The Presentence Report is herein transmitted to the U.S. Attorney's Office.

Please note that Local Rule 88.1(D) directs that, "No person shall otherwise disclose, copy, reproduce, deface, delete from or add to any report within the purview of this rule."

Sincerely yours,

*/s/ Gregory H. Newsome*
Gregory H. Newsome
U.S. Probation Officer

GHN:baj

Attachment: Presentence Report

cc:     Captain Meredith Steer (w/attachment)
        Special Assistant U.S. Attorney

        Stephen P. Preisser (w/attachment)
        Assistant U.S. Attorney

        Mr. William McCool
        U.S. District Court
        1 North Palafox Street, Suite 226
        Pensacola, Florida 32502

CLERK
DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

10 APR 15 PM 3: 41

FILED