# United States District Court
## CRIMINAL MINUTES - GENERAL

Time Commenced: 1:43 p.m.                           Case No.  3:09mj296/MD

Time Concluded: 1:58 p.m.                           Date      5/19/10

DOCKET ENTRY: Sentencing (**Ct 1 - DUI (2nd); Ct 2 - Driving w/out valid license**)

PRESENT:   HON.  MILES DAVIS  , MAGISTRATE JUDGE        JOANNE AHR
                                                          Deputy Clerk
           Greg Newsome         CD                      Meredith Steer
               USPO       Court Reporter/Tape        Asst. U.S. Attorney

U.S.A. vs  JASON N. TREIGLE

           _X_ present    ___ custody    ___ bond    _X_ O/R

           EUGENE POLK                    _X_ Apptd.   ___ Retained   _X_ Present
               Attorney for Defendant

PROCEEDINGS:
Deft and counsel address the court.

Sentence: Probation - 3 yrs on cts 1 & 2, concurrently with each other
         10 days mandatory incarceration has been fulfilled.

         $1,000 fine - ct 1, $25 SMA
         Waived fine on ct 2, SMA $10

         Home confinement, w/Traditional Radio Frequency Monitoring
         Evaluation for substance abuse and referred to treatment if necessary
         Abstain from all alcohol
         Continue current regimen of mental health treatment
         Fine paid in monthly amount of $50
         Provide probation ofcr with access to any requested financial information
         Interlock device - 1 year
         Vehicles impounded for 10 days
         DUI school, 2 VIP, & 50 hrs c/s within 120 days

Appeal rights