UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Docket No.: 3:09MJ296-001/MD |
| ) | |
| JASON N. TREIGLE ) | |
| ) | |

ORDER DISMISSING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION, SIGNED NOVEMBER 17, 2011, AND CANCELING WARRANT FOR VIOLATION OF PROBATION

On November 17, 2011, this Court issued a warrant for Jason N. Treigle for violations of probation. The petition charged technical violations.

A death certificate has been received documenting the offender died on February 3, 2012. Therefore, it is the order of this Court that the violation of probation charges contained in the petition signed on November 17, 2011, be dismissed and the warrant is hereby canceled and proceedings in this case be terminated.

DONE AND ORDERED in Pensacola, Florida, this 20th day of April, 2012.

_____
The Honorable Miles Davis
United States Magistrate Judge